UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-60887-ALTMAN/Hunt

SHANTANEKA BAYNARD,

    Plaintiff,

v.

CLEVELAND CLINIC FLORIDA,

    Defendant

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Shantaneka Baynard ("Plaintiff"), and Defendant, Cleveland Clinic Florida ("Defendant") (collectively referred to herein as the "Parties"), hereby stipulate that all claims be dismissed with prejudice, with each party to bear her/its own attorneys' fees and costs. The Parties request that the Court enter an Order dismissing this action with prejudice.

Respectfully Submitted this 21st day of June, 2022.

| | |
|---|---|
| /s/ Michelle Cohen Levy<br>Michelle Cohen Levy (FBN: 0068514)<br>michelle@cohenlevylegal.com<br>THE LAW OFFICE OF MICHELLE<br>COHEN LEVY, P.A.<br>4400 N. Federal Highway<br>Lighthouse Point, FL 33064<br>Tel: (954) 651-9196<br>Fax: (954) 463-1245<br>*Attorneys for Plaintiff* | **GREENBERG TRAURIG, P.A.**<br>*Attorneys for Defendant*<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, Florida 33301-4223<br>Telephone: (954) 765-0500<br>Facsimile: (954) 765-1477<br><br>By: */s/ Jenna M. Bottey*<br>CARAN ROTHCHILD, ESQ.<br>Florida Bar No. 983535<br>Email:  rothchildc@gtlaw.com<br>Secondary Email:  geistc@gtlaw.com<br>Service Email:  flservice@gtlaw.com<br>JENNA M. BOTTEY, ESQ.<br>Florida Bar No. 113020<br>Email:  botteyj@gtlaw.com<br>Secondary Email:  geistc@gtlaw.com<br>Service Email:  flservice@gtlaw.com |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 21, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      s/Michelle Cohen Levy