UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-60887-ALTMAN/Hunt

**SHANTANEKA BAYNARD**,

    *Plaintiffs*,

v.

**CLEVELAND CLINIC FLORIDA**,

    *Defendant*.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The parties filed a Joint Stipulation for Dismissal with Prejudice [ECF No. 34] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of July 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record